No. 188. SOUTHERN CALIFORNIA EDISON COMPANY v. AMELIA HERMINGHAUS ET AL. On writ of certiorari to the Supreme Court of the State of California. Argued October 6, 1927. Decided October 17, 1927. *Per Curiam.* Dismissed for want of a Federal question on the authority of *Tracy* v. *Ginzberg,* 205 U. S. 170, 178; *Bonner* v. *Forman,* 213 U. S. 86, 91; *Central Land Co.* v. *Laidley,* 159 U. S. 103, 112. *Mr. Edward F. Treadwell,* with whom *Messrs. George E. Trowbridge, Wm. M. Conley* and *John*

*W. Davis* were on the brief, for petitioner. *Messrs. James F. Peck, Robert Duncan* and *Annette A. Adams* were on the brief for respondents.